IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CORA A. MILLER**                                                                                               **PLAINTIFF**

v.                                            4:25-CV-001244-BSM

**FAMILY DOLLAR,** *et al.*                                                                         **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 15th day of December 2025.

_____
UNITED STATES DISTRICT JUDGE